IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRILL K. RHODES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 2:03CV187-W |
| ) | (WO) |
| UNISYS CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered in this action on October 26, 2004 (Doc. # 115), and the stipulation of the parties as to prejudgment interest (Doc. # 118), it is the ORDER, JUDGMENT, and DECREE of this court that:

1. Plaintiff's fraud claims (Counts II, III and IV) are DISMISSED as to both defendants;

2. Plaintiff is awarded judgment on his breach of contract claim (Count I) against defendant Unisys Corporation in the amount of $23,446.74 ($19,297.50 plus prejudgment interest from January 1, 2002 at the rate of 6% per year); and

3. Costs are taxed as paid.

DONE, this 2nd day of August, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE